IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01048–EWN–BNB

RAY MEDALENO,

    Plaintiff,

v.

K MART CORPORATION, a Michigan corporation,
d/b/a K-MART SUPER CENTERS,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

    This matter is before the court on the "Recommendation of United States Magistrate Judge" filed October 3, 2003 (#12). The recommendation is that the case be dismissed without prejudice because Plaintiff failed to appear, as ordered, at a hearing on his attorney's motion to withdraw. Plaintiff has objected to the recommendation. He argues that (1) he should have been advised of his right to have legal counsel, (2) he should have been given time to obtain counsel, and (3) his attorney did not given him enough notice that counsel wished to withdraw. Plaintiff also casts several general aspersions on his former attorney.

    Plaintiff's legal position is wrong and disingenuous. As to the first point, there is no requirement for a court to advise a plaintiff of his right to counsel in civil cases; and, in any event, the fact that Plaintiff did have counsel should have imparted to him the knowledge that he could retain an attorney, if he wished. As to the second point, Plaintiff overlooks the fact that the

magistrate judge never denied him time to obtain counsel.  The magistrate judge, rather, proposes a sanction for Plaintiff's failure to appear as ordered.  Had Plaintiff appeared as ordered, the court doubts that the magistrate judge would have denied Plaintiff a reasonable period to find new counsel.  In any event, Plaintiff has evidently done nothing to obtain counsel or pursue the case in the two years which have intervened since the magistrate judge filed his recommendation, a circumstance which undercuts his argument.  Finally, as to the third point, the court has reviewed the motion to withdraw filed by Plaintiff's former counsel.  It conforms to the local rules and all rules of professional conduct.  Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The case is DISMISSED without prejudice for failure to appear as ordered..

3. All other pending motions are DENIED as moot.

DATED this 28th day of November, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge